UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff               )
                                    )
vs.                                 )        **JUDGMENT IN A CIVIL CASE**
                                    )        **CASE NO. 2:20-CV-4-M**
CONWAY SEVERN RESCUE SQUAD,         )
INC.,                               )
                                    )
            Defendant.              )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for default judgment [DE-8] is GRANTED IN PART. The Clerk SHALL enter default judgment against Defendant Conway Severn Rescue Squad, Inc. Plaintiff shall have and recover from Defendant the principal amount of $5,411.55 and interest of $12.61 for a total of $5,424.16 plus all accrued interest since October 16, 2019, until date of entry of judgment at the rate of 4.25% per annum; ADDITIONALLY, Plaintiff shall have and recover from Defendant the principal amount of $529,215.58 and interest of $67,156.01 for a total of $596,371.59 plus all accrued interest since October 16, 2019, until date of entry of judgment at the rate of 3.50% per annum, for a total judgment of $601,795.75, plus accrued interest and costs allowed under 28 U.S.C. § 2412(a)(2). Interest thereon after date of entry of this judgment shall be at the legal rate, in accordance with 28 U.S.C. § 1961.

It is further ordered that Plaintiff's deed of trust and promissory notes be foreclosed and that all right, title, and interest of Conway Severn Rescue Squad, Inc., or any persons holding by, through, or under them, including any equity or redemption or rights of power, and rights of any junior lienholders, be forever barred in and to the aforesaid real and personal property. Foreclosure should occur in accordance with the terms of the deed of trust [DE-1-7 (Exhibit D)].

This Judgment filed and entered on May 12, 2020, and copies to:
Asia J. Prince  (via CM/ECF electronic notification)


May 12, 2020                        Peter A. Moore, Jr.
                                    Clerk of Court


                                    By:
                                    Deputy Clerk